United States Bankruptcy Court
Central District of California

In re: Case No. 26-14636-SY
Syed Sajjad Hussain Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 2
Date Rcvd: Sep 21, 2026 Form ID: van154 Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Syed Sajjad Hussain, 1249 Marion Ave, San Bernardino, CA 92407-1217 |
| 43146326 | + | SELENE FINANCE LP (Physical Address), 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 43146329 | | VILLAGE PARK TOWNHOMES, C/o EXCALIBRE MANAGEMENT, PO BOX 513418, LOS ANGELES,CA 90051-3418 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAXFEE | Sep 22 2026 07:09:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | | EDI: EDD.COM | Sep 22 2026 07:09:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 22 2026 07:09:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 22 2026 03:42:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 43146324 | + | Email/Text: RASEBN@raslg.com | Sep 22 2026 03:42:00 | ATHENE ANNUITY AND LIFE COMPANY, c/o Robertson, Anschutz, Schneid, and Cr, 13010 Morris Rd, Suite 450, Alpharetta, GA 30004-2001 |
| 43216025 | | EDI: JEFFERSONCAP.COM | Sep 22 2026 07:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 43146328 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 22 2026 03:44:00 | SELECT PORTFOLIO SERVICING, INC., SELECT PORTFOLIO SERVICING, INC., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 43146327 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 22 2026 03:44:00 | SELECT PORTFOLIO SERVICING, INC., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 43146325 | | Email/Text: bkteam@selenefinance.com | Sep 22 2026 03:42:00 | SELENE FINANCE LP, P.O. Box 8279, Philadelphia, PA 19101-8279 |
| 43213391 | + | Email/Text: bkteam@selenefinance.com | Sep 22 2026 03:42:00 | U.S. Bank Trust National Association, not, in its individual capacity but solely as, owner trustee for RCAF Acquisition, Trust Selene Finance LP 3501 Olympus, Blvd, Suite 500 Dallas, TX 75019-6156 |
| 43184899 | | EDI: WFCCSBK | Sep 22 2026 07:09:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Syed Sajjad Hussain bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sarah Arlene Dooley-Lewis | on behalf of Creditor U.S. Bank Trust National Association sdooleylewis@raslg.com |
| Shana Stark | on behalf of Creditor U.S. Bank Trust National Association sstark@raslg.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

FORM CACB van154−od13vdr
Rev. 06/2017

# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## ORDER AND NOTICE OF DISMISSAL ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Syed Sajjad Hussain

**BANKRUPTCY NO.** 6:26−bk−14636−SY

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9876
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 9/21/26

**Address:**
1249 Marion Ave
San Bernardino, CA 92407

Based on debtor's request, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

BY THE COURT,

Dated: September 21, 2026

**Scott H. Yun**
United States Bankruptcy Judge